38 So.2d 201

**Olice HOWTON v. STATE.**

6 Div. 700.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 201

**Claudie HUMPHRIES v. STATE.**

6 Div. 686.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 58

**Jim HUNT v. STATE.**

7 Div. 955.

Court of Appeals of Alabama.
Jan. 18, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

38 So.2d 201

**Cozy HUNTER v. STATE.**

6 Div. 740.

Court of Appeals of Alabama.
Nov. 9, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

42 So.2d 846

**Paul HUNTER v. STATE.**

7 Div. 30.

Court of Appeals of Alabama.
Sept. 14, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed motion of appellant.
See, also, ante, p. 565, 41 So.2d 637.